| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | David J. Schindler (Bar No. 130490)<br>*david.schindler@lw.com* |
| 3 | Marie M. Dalton (Bar No. 246606)<br>*marie.dalton@lw.com* |
| 4 | David Yaroslavsky (Bar No. 255574)<br>*david.yaroslavsky@lw.com* |
| 5 | 355 South Grand Avenue<br>Los Angeles, California 90071-1560 |
| 6 | Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |
| 7 | Attorneys for Plaintiff Phillip Morris, Jr. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MORRIS, JR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>R. A. WHITE, et al.,<br><br>    Defendants. | CV 08-2823-VBF (SS)<br><br>**[~~PROPOSED~~] PROTECTIVE ORDER**<br><br>*[Stipulation for Protective Order Filed Concurrently Herewith]*<br><br>Courtroom:      23 – 3rd Floor<br>Magistrate Judge: The Honorable<br>                          Suzanne H. Segal<br><br>Hearing: N/A |

**ORDER**

Based on the stipulation of the parties filed concurrently herewith, and for good cause shown, the Court makes the following orders:

1.   Plaintiff's counsel shall maintain the confidentiality of the Confidential Reports produced in discovery by Defendants for "Attorney's Eyes Only." Specifically, Plaintiff's counsel shall take all reasonable steps to safeguard the Confidential Reports, and shall not disclose or disseminate the documents or their content except as provided herein.  Plaintiff's counsel will not disseminate or disclose the contents of the Reports to Plaintiff Phillip Morris, Jr. or third-parties, without first obtaining the consent of Defendants' counsel or a court order authorizing such disclosure.  Plaintiff's counsel, however, may share such information with experts, contractors, and investigators retained by the Plaintiff without obtaining further consent provided that such individual(s) are provided with a copy of this order and consent to be bound by its terms to the same extent as Plaintiff's counsel.

2.   Plaintiff's counsel shall not use the Confidential Reports for any other reason than preparing for trial in this case.

3.   Plaintiff's counsel shall return the Confidential Reports, and any and all copies of the Confidential Reports, to Defendants' counsel at the conclusions of the proceedings in this case, including any appeal, or as soon as a mutually agreeable method for production is arranged by the Parties.

//
//
//
//
//
//

LA\2465277.1

2

4. This Protective Order, and the obligations of all persons thereunder, including those related to disclosure and use of the Confidential Reports, shall survive the final termination of this case, whether such termination is by settlement, judgment, dismissal, appeal, or otherwise, until further order of this Court.

IT IS SO ORDERED.

February 17, 2012

_____/S/_____
Hon. Suzanne H. Segal
United States Magistrate Judge